**DISMISSED and Opinion Filed August 16, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00395-CV**

**MAHMOUD JAZAIRLI, Appellant**
**V.**
**MOHAMAD GHASSAN BOKRI, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00622-E**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Appellant's brief in this case is overdue. By postcard dated June 11, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190395F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MAHMOUD JAZAIRLI, Appellant

No. 05-19-00395-CV      V.

MOHAMAD GHASSAN BOKRI,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-00622-E.
Opinion delivered by Justice Reichek.
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee MOHAMAD GHASSAN BOKRI recover his costs, if any, of this appeal from appellant MAHMOUD JAZAIRLI.

Judgment entered August 16, 2019